UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LANCE WISHAM,<br><br>Defendant. | Case No. 24-mj-132 |

## ORDER

Pursuant to the motion filed by the United States, ECF 30, it is hereby ordered that the Motion to Dismiss the Complaint with prejudice pursuant to Rule 48(a) is GRANTED.

SO ORDERED this 19th day of February, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge